Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Andrew Joseph Komorowski** : | Case No. 13−11467−TPA |
| **Carol Rose Komorowski** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| WELLS FARGO BANK, NATIONAL : | |
| ASSOCIATION, AS TRUSTEE UNDER : | Related to Claim No. 12 |
| POOLING AND SERVICING AGREEMENT : | |
| DATED AS OF SEPTEMBER 1, 2006 : | |
| SECURITIZED ASSET BACKED : | |
| RECEIVABLES LLC TRUST 2006−HE2 : | |
| MORTGAGE PASS−THROUGH : | |
| CERTIFICATES, SERIES 2006−HE2 : | |
| *Movant,* : | |
| : | |
| v. : | |
| Andrew Joseph Komorowski : | |
| Carol Rose Komorowski : | |
| Ronda J. Winnecour, Esq., Trustee | |
| *Respondent.* | |

## ORDER

      **AND NOW**, this **19th day of July, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2006 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006−HE2 MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2006−HE2* at Claim No. 12 in the above−captioned bankruptcy case,

      It is hereby **ORDERED** that **on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

      *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

*[Signature]*
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Andrew Joseph Komorowski
Carol Rose Komorowski
    Debtors

Case No. 13-11467-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: mgut      Page 1 of 1      Date Rcvd: Jul 19, 2016
                 Form ID: 237      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2016.
db/jdb      +Andrew Joseph Komorowski,    Carol Rose Komorowski,    448 East 28th Street,    Erie, PA 16504-1110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2016      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2016 at the address(es) listed below:
       Andrew F Gornall    on behalf of Creditor    MIDFIRST BANK agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
       Andrew John Marley    on behalf of Creditor    Wells Fargo Bank, National Association, by its servicer, Ocwen Loan Servicing, LLC amarley@sterneisenberg.com, ckohn@sterneisenberg.com
       Daniel P. Foster    on behalf of Debtor Andrew Joseph Komorowski dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
       Daniel P. Foster    on behalf of Joint Debtor Carol Rose Komorowski dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
       Joseph P. Schalk    on behalf of Creditor    Wells Fargo Bank, NA , As Trustee Under Pooling And Servicing Agreement etal pawb@fedphe.com, joseph.schalk@phelanhallinan.com
       Leslie J. Rase, Esq.    on behalf of Creditor    Deutsche Bank National Trust Company, by its servicer Ocwen Loan Servicing, LLC lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
       Leslie J. Rase, Esq.    on behalf of Creditor    Wells Fargo Bank, National Association, by its servicer, Ocwen Loan Servicing, LLC lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
       Michael S. Jan Janin    on behalf of Creditor    Erie Federal Credit Union mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
       S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
       William E. Miller    on behalf of Creditor    Deutsche Bank National Trust Company, by its servicer Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com, nmiller@sterneisenberg.com
                                                    TOTAL: 12