IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CASE NO. 13-11467** |
| **Andrew Joseph Komorowski** | ) | |
| **Carol Rose Komorowski** | ) | |
| Debtor | ) | **Chapter 13** |
| | ) | **Document No. _____** |
| | ) | **Related to Doc. No. 126** |

## CONSENT ORDER MODIFYING APRIL 11, 2016 ORDER

AND NOW, this _____ day of _____, 2016, upon consent of the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated April 11, 2016, it is

ORDERED that the April 11, 2016, Order of Court Confirming Plan as Modified and Setting Deadlines for Certain Actions is amended to provide in Part "1.H" that the following claim shall govern as to amount and classification, to be paid in full at modified plan terms: Erie Federal Credit Union (Claim NO. 2-3).

The April 11, 2016, order otherwise remains in full force and effect.

BY THE COURT:

_____
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Jana S. Pail
Jana S. Pail PA. I.D. #88910
Attorney for the Trusteee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/Daniel P. Foster
Daniel P. Foster  PA. I.D. #92376
Attorney for debtors
Foster Law Offices
PO Box 966
Meadville, PA 16335
814.724.1165
dan@mrdebtbuster.com

/s/ Michael Jan Janin
Michael Jan Janin PA. I.D. #38880
Attorney for Erie Federal Credit Union
2222 W. Grandview Blvd
Erie PA 16506
814-833-6753