FILED
10/3/16 11:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 13-11467 |
| Andrew Joseph Komorowski ) | |
| Carol Rose Komorowski ) | |
| Debtor ) | Chapter 13 |
| ) | Document No. _____ |
| ) | Related to Doc. No. 126 , 134 |

## CONSENT ORDER MODIFYING APRIL 11, 2016 ORDER

AND NOW, this ___3rd___ day of _____October_____, 2016, upon consent of the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated April 11, 2016, it is

ORDERED that the April 11, 2016, Order of Court Confirming Plan as Modified and Setting Deadlines for Certain Actions is amended to provide in Part "1.H" that the following claim shall govern as to amount and classification, to be paid in full at modified plan terms: Erie Federal Credit Union (Claim NO. 2-3).

The April 11, 2016, order otherwise remains in full force and effect.

BY THE COURT:

_____  jlm
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Jana S. Pail
Jana S. Pail PA. I.D. #88910
Attorney for the Trusteee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/Daniel P. Foster
Daniel P. Foster  PA. I.D. #92376
Attorney for debtors
Foster Law Offices
PO Box 966
Meadville, PA 16335
814.724.1165
dan@mrdebtbuster.com

/s/ Michael Jan Janin
Michael Jan Janin PA. I.D. #38880
Attorney for Erie Federal Credit Union
2222 W. Grandview Blvd
Erie PA 16506
814-833-6753

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-11467-TPA
Andrew Joseph Komorowski                                                  Chapter 13
Carol Rose Komorowski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1            User: mgut                  Page 1 of 2             Date Rcvd: Oct 03, 2016
                                Form ID: pdf900             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2016.
```
db/jdb         +Andrew Joseph Komorowski,    Carol Rose Komorowski,    448 East 28th Street,
                 Erie, PA 16504-1110
cr             +Deutsche Bank National Trust Company, by its servi,    Stern & Eisenberg, PC,    1581 Main St,
                 Suite 200,   Warrington, Pa 18976-3400
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Wells Fargo Bank, National Association, by its ser,    Stern & Eisenburg, PC,    1581 Main St,
                 Suite 200,   Warrington, Pa 18976-3400
13856433       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
13761568       +Beneficial Auto / Santander,    Santander Consumer USA,    Po Box 961245,    Attn: Bankruptcy,
                 Fort Worth, TX 76161-0244
13761569       +Capital One / Best Buy,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
13761570       +Capital One Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13761571       +City National Bank / Ocwen Loan Service,    Attn: Bankruptcy,    PO Box 24738,
                 West Palm Beach, FL 33416-4738
13761572       +Comenity Bank / Fashion Bug,    Po Box 182789,    Columbus, OH 43218-2789
13761573       +Community Medicine, Inc.,    1024 West View Park Drive,    Pittsburgh, PA 15229-1771
13761574       +Creditech / Cbalv,    Attn: Collections,    Po Box 99,    Bangor, PA 18013-0099
13761575      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services,     Attn: Bankrupcty,    Po Box 81577,
                 Austin, TX 78708)
13768754       +Department Stores National Bank/Macy’s,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13761576       +Diversified Adjustments,    Dasi - Bankrupcty,    Po Box 32145,    Fridley, MN 55432-0145
13761577       +Dsnb Macys,    9111 Duke Boulevard,    Mason, OH 45040-8999
13761578       +Erie County Tax Claim Bureau,    140 West 6th Street,    Room 110,    Erie, PA 16501-1073
13761584       +Hsbc / Kawasaki,    Attention: Bankruptcy,    Po Box 5216,    Carol Stream, IL 60197-5216
13830507       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13761585       +Midland Mortgage Company,    Mid First Bank,    Attention: Bankruptcy,    PO Box 26648,
                 Oklahoma City, OK 73126-0648
13761586        Nco Financial / 51,    Po Box 13574,    Philadelphia, PA 19101
13777552       +Ocwen Loan Servicing, LLC,    Attn: Donnya Reagor,    2900 Esperanza Crossing,
                 Austin TX 78758-3658
13761587       +Saint Vincent Institute,    3530 Peach Street,    LL 1,    Erie, PA 16508-2768
13761588       +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
13761589       +Saxon Mortgage Service,    2700 Airport Freeway,    Fort Worth, TX 76111-2332
13761590       +Td Bank Usa / Target Credit,    Po Box 673,    Minneapolis, MN 55440-0673
13777553       +Udren Law Offices,    Attn: Stuart P. Winneg, Esquire,    111 Woodcrest Road,
                 Cherry Hill NJ 08003-3620
13761583      ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
                (address filed with court: Homeq Servicing,     Po Box 13716,    Sacramento, CA 95853)
13790165        Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA   50306-0438
13761591       +Wells Fargo Finance Bank,    Attention: Bankruptcy,    Po Box 10438,    Des Moines, IA 50306-0438
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13802232       +E-mail/Text: ebn@squaretwofinancial.com Oct 04 2016 05:08:46      CACH, LLC,
                 4340 S. Monaco Street,    2nd Floor,    Denver, CO 80237-3485
13761579       +E-mail/Text: kthomas@eriefcu.org Oct 04 2016 05:08:08      Erie Federal Credit Union,
                 1109 East 38th Street,    Erie, PA 16504-1845
13761580       +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2016 04:40:42      GE Capital Retail Bank / JCPenney,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13761581       +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2016 04:44:49      GE Capital Retail Bank / Lowes,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13761582       +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2016 04:48:20      GE Capital Retail Bank / Walmart,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
14104034       +Fax: 407-737-5634 Oct 04 2016 04:46:46      Ocwen Loan Servicing, LLC,
                 ATTN: Cashiering Department,    1661 Worthington Rd., Suite 100,
                 West Palm Beach, FL 33409-6493
13819744        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2016 04:44:53
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13807855        E-mail/Text: bnc-quantum@quantum3group.com Oct 04 2016 05:08:10
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Erie Federal Credit Union
cr              MIDFIRST BANK
cr              Wells Fargo Bank, NA , As Trustee Under Pooling An
```

```
District/off: 0315-1          User: mgut                Page 2 of 2                Date Rcvd: Oct 03, 2016
                              Form ID: pdf900           Total Noticed: 38

14128127*        +Ocwen Loan Servicing, LLC,    Attn: Cashiering Department,   1661 Worthington RD., Suite 100,
                   West Palm Beach, FL 33409-6493
                                                                                          TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2016                                    Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    MIDFIRST BANK agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew John Marley    on behalf of Creditor    Wells Fargo Bank, National Association, by its
               servicer, Ocwen Loan Servicing, LLC amarley@sterneisenberg.com,  ckohn@sterneisenberg.com
              Daniel P. Foster    on behalf of Joint Debtor Carol Rose Komorowski dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Andrew Joseph Komorowski dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Jerome B. Blank    on behalf of Creditor    Wells Fargo Bank, NA , As Trustee Under Pooling And
               Servicing Agreement etal pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    Wells Fargo Bank, NA , As Trustee Under Pooling And
               Servicing Agreement etal pawb@fedphe.com,   joseph.schalk@phelanhallinan.com
              Leslie J. Rase, Esq.    on behalf of Creditor    Deutsche Bank National Trust Company, by its
               servicer Ocwen Loan Servicing, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Leslie J. Rase, Esq.    on behalf of Creditor    Wells Fargo Bank, National Association, by its
               servicer, Ocwen Loan Servicing, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Michael S. Jan Janin    on behalf of Creditor    Erie Federal Credit Union mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Miller    on behalf of Creditor    Deutsche Bank National Trust Company, by its servicer
                Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                             TOTAL: 13
```