# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| | : | Bankruptcy No: 13-11467-TPA |
| | : | |
| **Andrew Komorowski,** | : | Chapter 13 |
| **Carol Komorowski,** | : | |
|     *Debtor(s)*, | : | |
| | : | |
| Vs. | : | |
| | : | |
| **Saxon Mortgage Service,** | : | |
| **Hsbc/Kawasaki,** | : | |
|     *Movant*(s) | : | |

## NOTICE OF
## CHANGE OF ADDRESS

**Creditor Name:**     Saxon Mortgage Service
**Incorrect Address:**     2700 Airport Freeway Fort Worth, TX 76111

**Correct Address:**     4700 Mercantile Dr Fort Worth, TX 76137

**Creditor Name:**     Hsbc/Kawasaki
**Incorrect Address:**     PO Box 5216 Carol Stream, IL 60197

**Correct Address:**     PO Box 9068 Brandon, FL 33509

 

Respectfully Submitted,

Date: <u>October 10, 2016</u>

/s/ Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158

Dan@MrDebtBuster.com
Attorney for Debtors