**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No: 13-11467-TPA |
| Andrew Joseph Komorowski, AND, | : | |
| Carol Rose Komorowski, | : | |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| Saxon Mortgage Service, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**       Saxon Mortgage Service
**Incorrect Address:**   4700 Mercantile Drive, Fort Worth, TX 76137-3605
**Correct Address:**     P.O. Box 163405, Fort Worth, TX 76161-3405

                                                        Respectfully Submitted,

Date: September 15, 2017                                /s/Daniel P. Foster, Esquire
                                                        Daniel P. Foster, Esquire
                                                        PA I.D. #92376
                                                        FOSTER LAW OFFICES
                                                        PO Box 966
                                                        Meadville, PA 16335
                                                        Tel: 814.724.1165
                                                        Fax: 814.724.1158
                                                        Dan@MrDebtBuster.com
                                                        Attorney for Debtors