**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Andrew Joseph Komorowski, AND, | : | Bankruptcy No: 13-11467-TPA |
| Carol Rose Komorowski, | : | |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| Saxon Mortgage Service, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF
CHANGE OF ADDRESS**

**Creditor Name:**  Saxon Mortgage Service
**Incorrect Address:**  P.O. Box 163405, Fort Worth, TX 76161-3405
**Correct Address:**  P.O. Box 202079, Florence, SC 29502-2079

Respectfully Submitted,

Date:  October 6, 2017

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors