Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Andrew Joseph Komorowski** | : | Case No. 13–11467–TPA |
| **Carol Rose Komorowski** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND
TERMINATING WAGE ATTACHMENT**

*AND NOW,* this ***26th day of October, 2017,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above–captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-11467-TPA
Andrew Joseph Komorowski                                                Chapter 13
Carol Rose Komorowski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar              Page 1 of 2             Date Rcvd: Oct 26, 2017
                              Form ID: 309            Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2017.
```
db/jdb         +Andrew Joseph Komorowski,    Carol Rose Komorowski,    448 East 28th Street,
                 Erie, PA 16504-1110
cr             +Deutsche Bank National Trust Company, by its servi,    Stern & Eisenberg, PC,    1581 Main St,
                 Suite 200,    Warrington, Pa 18976-3400
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Wells Fargo Bank, National Association, by its ser,    Stern & Eisenburg, PC,    1581 Main St,
                 Suite 200,    Warrington, Pa 18976-3400
13856433       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
13761568       +Beneficial Auto / Santander,    Santander Consumer USA,    Po Box 961245,    Attn: Bankruptcy,
                 Fort Worth, TX 76161-0244
13761569       +Capital One / Best Buy,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
13761571       +City National Bank / Ocwen Loan Service,    Attn: Bankruptcy,    PO Box 24738,
                 West Palm Beach, FL 33416-4738
13761573       +Community Medicine, Inc.,    1024 West View Park Drive,    Pittsburgh, PA 15229-1771
13761574       +Creditech / Cbalv,    Attn: Collections,    Po Box 99,    Bangor, PA 18013-0099
13761576       +Diversified Adjustments,    Dasi - Bankrupcty,    Po Box 32145,    Fridley, MN 55432-0145
13761578       +Erie County Tax Claim Bureau,    140 West 6th Street,    Room 110,    Erie, PA 16501-1073
13830507       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13761585       +Midland Mortgage Company,    Mid First Bank,    Attention: Bankruptcy,    PO Box 26648,
                 Oklahoma City, OK 73126-0648
13761586        Nco Financial / 51,    Po Box 13574,    Philadelphia, PA 19101
13777552       +Ocwen Loan Servicing, LLC,    Attn: Donnya Reagor,    2900 Esperanza Crossing,
                 Austin TX 78758-3658
13761587       +Saint Vincent Institute,    3530 Peach Street,    LL 1,    Erie, PA 16508-2768
13761589        Saxon Mortgage Service,    PO Box 202079,    Florence, SC 29502-2079
13777553       +Udren Law Offices,    Attn: Stuart P. Winneg, Esquire,    111 Woodcrest Road,
                 Cherry Hill NJ 08003-3620
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13802232        EDI: RESURGENT.COM Oct 27 2017 01:19:00      CACH, LLC,    PO BOX 10587,
                 GREENVILLE, SC 29603-0587
13761570       +EDI: CAPITALONE.COM Oct 27 2017 01:19:00      Capital One Bank,    Attn: Bankruptcy Dept.,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
13761572       +EDI: WFNNB.COM Oct 27 2017 01:19:00      Comenity Bank / Fashion Bug,    Po Box 182789,
                 Columbus, OH 43218-2789
13761575        EDI: RCSDELL.COM Oct 27 2017 01:18:00      Dell Financial Services,    Attn: Bankrupcty,
                 Po Box 81577,    Austin, TX 78708
13768754       +EDI: TSYS2.COM Oct 27 2017 01:18:00      Department Stores National Bank/Macy's,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
13761577       +EDI: TSYS2.COM Oct 27 2017 01:18:00      Dsnb Macys,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
13761579        E-mail/Text: kthomas@eriefcu.org Oct 27 2017 01:52:40      Erie Federal Credit Union,
                 1109 East 38th Street,    Erie, PA 16504-1845
13761580       +EDI: RMSC.COM Oct 27 2017 01:19:00      GE Capital Retail Bank / JCPenney,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13761581       +EDI: RMSC.COM Oct 27 2017 01:19:00      GE Capital Retail Bank / Lowes,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13761582       +EDI: RMSC.COM Oct 27 2017 01:19:00      GE Capital Retail Bank / Walmart,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
13761584       +EDI: HFC.COM Oct 27 2017 01:19:00      Hsbc / Kawasaki,    Attention: Bankruptcy,    PO Box 9068,
                 Brandon, FL 33509-9068
14104034       +Fax: 407-737-5634 Oct 27 2017 03:44:53      Ocwen Loan Servicing, LLC,
                 ATTN: Cashiering Department,    1661 Worthington Rd., Suite 100,
                 West Palm Beach, FL 33409-6493
13819744        EDI: PRA.COM Oct 27 2017 01:18:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13807855        EDI: Q3G.COM Oct 27 2017 01:19:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
13761588       +EDI: DRIV.COM Oct 27 2017 01:19:00      Santander Consumer Usa,    Po Box 961245,
                 Ft Worth, TX 76161-0244
13761590       +EDI: WTRRNBANK.COM Oct 27 2017 01:19:00      Td Bank Usa / Target Credit,    Po Box 673,
                 Minneapolis, MN 55440-0673
13761583        EDI: WACHOVIA.COM Oct 27 2017 01:18:00      Homeq Servicing,    Po Box 13716,
                 Sacramento, CA 95853
13790165        EDI: WFFC.COM Oct 27 2017 01:18:00      Wells Fargo Bank NA,    PO Box 10438,
                 Des Moines IA   50306-0438
13761591       +EDI: WFFC.COM Oct 27 2017 01:18:00      Wells Fargo Finance Bank,    Attention: Bankruptcy,
                 Po Box 10438,    Des Moines, IA 50306-0438
                                                                                               TOTAL: 19
```

```
District/off: 0315-1          User: jmar                Page 2 of 2                    Date Rcvd: Oct 26, 2017
                              Form ID: 309              Total Noticed: 38
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Erie Federal Credit Union
cr              MIDFIRST BANK
cr              Wells Fargo Bank, NA , As Trustee Under Pooling An
14128127*      +Ocwen Loan Servicing, LLC,    Attn: Cashiering Department,    1661 Worthington RD., Suite 100,
                West Palm Beach, FL 33409-6493
                                                                                           TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    MIDFIRST BANK agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew John Marley    on behalf of Creditor    Wells Fargo Bank, National Association, by its
               servicer, Ocwen Loan Servicing, LLC amarley@sterneisenberg.com,    ckohn@sterneisenberg.com
              Daniel P. Foster    on behalf of Joint Debtor Carol Rose Komorowski dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Andrew Joseph Komorowski dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Jeremy J. Kobeski    on behalf of Creditor    Wells Fargo Bank, NA , As Trustee Under Pooling And
               Servicing Agreement etal pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Wells Fargo Bank, NA , As Trustee Under Pooling And
               Servicing Agreement etal pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    Wells Fargo Bank, NA , As Trustee Under Pooling And
               Servicing Agreement etal jschalk@barley.com,    sromig@barley.com
              Leslie J. Rase, Esq.    on behalf of Creditor    Deutsche Bank National Trust Company, by its
               servicer Ocwen Loan Servicing, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Leslie J. Rase, Esq.    on behalf of Creditor    Wells Fargo Bank, National Association, by its
               servicer, Ocwen Loan Servicing, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Michael S. Jan Janin    on behalf of Creditor    Erie Federal Credit Union mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Thomas Song    on behalf of Creditor    Wells Fargo Bank, NA , As Trustee Under Pooling And
               Servicing Agreement etal thomas.song@phelanhallinan.com
              William E. Miller    on behalf of Creditor    Deutsche Bank National Trust Company, by its servicer
                Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                             TOTAL: 16
```