**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ANDREW JOSEPH KOMOROWSKI
CAROL ROSE KOMOROWSKI
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:13-11467 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 12/05/2013 and confirmed on 02/26/2014. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 44,265.04 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 44,265.04 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,494.79 | |
|    Trustee Fee | 1,721.91 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,216.70 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   OCWEN LOAN SERVICING LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6424 | | | | |
|   DEUTSCHE BANK NATIONAL TRUST | 0.00 | 7,663.37 | 0.00 | 7,663.37 |
|     Acct: 1221 | | | | |
|   MIDFIRST* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9712 | | | | |
|   OCWEN LOAN SERVICING LLC(*) | 1,958.01 | 1,958.01 | 0.00 | 1,958.01 |
|     Acct: 6424 | | | | |
|   WELLS FARGO BANK NA - TRUSTEE | 0.00 | 22,528.47 | 0.00 | 22,528.47 |
|     Acct: 6424 | | | | |
|   DEUTSCHE BANK NATIONAL TRUST | 349.69 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX2/13 | | | | |
|   ERIE COUNTY TAX CLAIM BUREAU* | 6,831.54 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXD 13 | | | | |
|   ERIE FEDERAL CREDIT UNION(*) | 6,121.12 | 4,922.17 | 976.32 | 5,898.49 |
|     Acct: 4431 | | | | |
| | | | | 38,048.34 |

Priority

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 1,000.00 | 997.71 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANDREW JOSEPH KOMOROWSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,500.00 | 3,497.08 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   WELLS FARGO BANK | 5,430.95 | 0.00 | 0.00 | 0.00 |
|     Acct: 6683 | | | | |
|   SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7727 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6924 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 1,314.39 | 0.00 | 0.00 | 0.00 |
|     Acct: 4362 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENITY | 1,037.96 | 0.00 | 0.00 | 0.00 |
|     Acct: 4604 | | | | |
|   CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2736 | | | | |
|   CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2823 | | | | |
|   DELL FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5058 | | | | |
|   DIVERSIFIED ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4460 | | | | |
|   DEPARTMENT STORES NATIONAL BANK/M | 185.81 | 0.00 | 0.00 | 0.00 |
|     Acct: 1078 | | | | |
|   ERIE FEDERAL CREDIT UNION(*) | 359.79 | 0.00 | 0.00 | 0.00 |
|     Acct: 4430 | | | | |
|   ERIE FEDERAL CREDIT UNION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0101 | | | | |
|   CACH LLC** | 969.86 | 0.00 | 0.00 | 0.00 |
|     Acct: 0802 | | | | |
|   GECC/ LOWE'S++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2916 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 1,976.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7915 | | | | |
|   HOMEQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6680 | | | | |
|   HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8104 | | | | |
|   NCO FINANCIAL SYSTEMS INC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2217 | | | | |
|   SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1000 | | | | |
|   SAXON MORTGAGE SERVICES INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8121 | | | | |
|   TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9185 | | | | |
|   AMERICAN INFOSOURCE LP - AGENT DIRE | 296.80 | 0.00 | 0.00 | 0.00 |
|     Acct: 4487 | | | | |
|   LESLIE J RASE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| 13-11467 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
| Unsecured | | | | | |
| | EQUITABLE GAS CO (*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\* \* \* N O N E \* \* \*

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 38,048.34 |
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 15,260.36 | |
| UNSECURED | 11.571.56 | |

Date: 12/06/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com